UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT BONLENDER and
MALISSA BONLENDER,

        Plaintiffs,

v.                               Case No. 05-C-1098

AMERICAN HONDA MOTOR CORPORATION,

        Defendant.

## OPINION AND ORDER

This action having been stayed, the court ORDERS that the "Motion of Defendant AHMC to Dismiss Plaintiffs' Complaint or, in the Alternative, to Strike Certain Allegations in the Complaint" (filed November 21, 2005) IS DENIED without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 30th day of November, 2005.

                                        s/Thomas J. Curran
                                        THOMAS J. CURRAN
                                        United States District Judge